IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:03CR100 |
| vs. ) | |
| ) | ORDER |
| DAVID WAYNE BOYD, ) | |
| ) | |
| Defendant. ) | |

UPON THE ORAL MOTION OF THE DEFENDANT and no objection from the government,

**IT IS ORDERED:** that the Change of Plea hearing is continued to **July 12, 2005** at **2:00 p.m.,** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **June 8, 2005** and the **July 12, 2005** hearing on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 8th day of June 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge