IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:03CR100 |
| DAVID WAYNE BOYD, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's unopposed Motion to Continue [42]. Good cause being shown, the motion will be granted and the change of plea hearing will be continued.

IT IS ORDERED:

1. That the defendant's Motion to Continue [42] is granted; and

2. That the Change of Plea hearing is continued to **August 1, 2005** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **July 11, 2005** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 11th day of July, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge